UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL No. 3:01CR73(CFD) |
| v. | : | |
| MICHAEL ROSENBERG | : | November 3, 2004 |

## APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for the United States of America.

November 3, 2004  _____
Peter S. Jongbloed
Assistant U.S. Attorney
United States Attorney's Office
157 Church Street, 23rd Floor
New Haven, CT 06510
Federal Bar Number: ct03192
Tel  (203) 821-3700
Fax (203) 773-5378
E-mail: peter.jongbloed@usdoj.gov

## CERTIFICATION

This is to certify that a copy of the within and foregoing was delivered by facsimile (860) 493-6269 on this 3rd day of November 2004, to Gary D. Weinberger, Assistant Federal Defender, 10 Columbus Blvd., Fl. 6, Hartford, CT 06106-1976 and by facsimile (860)240-2620 to Otto Rothi, United States Probation Officer, 450 Main Street, Hartford, CT 06103.

_____
Peter S. Jongbloed