UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No.3:01CR73(PCD) |
| v. | |
| MICHAEL ROSENBERG | November 3, 2004 |

### GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE

On September 24, 2004 defendant's counsel filed a motion to modify defendant's conditions of release regarding the monthly rate of restitution payments to set a rate of $230.00 per month.

The Government has no objection to defendant's motion to modify his conditions of supervised release to set the rate of restitution payments to $230.00 per month and understands from United States Probation Officer Otto Rothi that he also has no objection to the Court granting this motion.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


PETER S. JONGBLOED
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct03192
157 Church Street
New Haven, CT 06510
Tel.  203-821-3700
Fax.  203-773-5378
e-mail: peter.jongbloed@usdoj.gov

## **CERTIFICATION**

This is to certify that a copy of the within and foregoing was delivered by facsimile (860) 493-6269 on this 3rd day of November 2004, to Gary D. Weinberger, Assistant Federal Defender, 10 Columbus Blvd., Fl. 6, Hartford, CT 06106-1976 and by facsimile (860)240-2620 to Otto Rothi, United States Probation Officer, 450 Main Street, Hartford, CT 06103.

_____
Peter S. Jongbloed