UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| vs. : | CRIMINAL NO.  3:01CR73(CFD) |
| MICHAEL ROSENBERG : | November 30, 2004 |

SUPPLEMENTAL MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE AND RESTITUTION ORDER

On September 24, 2004, the Defendant Michael Rosenberg, through the undersigned counsel, filed a Motion To Modify Conditions Of Supervised Release seeking to have the Court set a monthly rate of restitution payments of $230.  By letter dated October 18, 2004, the undersigned counsel informed the Court that there was an unexpected change in Mr. Rosenberg's employment situation. The parties, with the concurrence of  Mr. Rosenberg's supervising United States Probation Officer, asked the Court in said letter to hold the motion to modify in abeyance until December 1, 2004, at which time it was hoped that Mr. Rosenberg's employment situation would become stable once again.  Mr. Rosenberg's  employment situation has, as anticipated, stabilized.  The parties, with the concurrence of  Mr. Rosenberg's supervising United States Probation Officer, have reached agreement to recommend that the Court should set a monthly rate of restitution payments of **$240** a month, which is $10 more than the $230 a month previously suggested.  In the hope that such an amount is acceptable to the Court, a proposed order to that effect is attached hereto for the Court's consideration and approval.

- 2 -

                                Respectfully submitted,

                                The Defendant,
                                Michael Rosenberg

                                Thomas G. Dennis
                                Federal Defender

Dated:  November 30, 2004

                                Gary D. Weinberger
                                Asst. Federal Defender
                                10 Columbus Blvd, FL 6
                                Hartford, CT  06106-1976
                                Bar No. ct05085
                                (860) 493-6260

## CERTIFICATION

    I HEREBY CERTIFY that a copy of the foregoing Motion has been mailed to Christine Sciarrino, Assistant United States Attorney, P.O. Box 1824, New Haven, CT 06508, and Otto Rothi, United States Probation Officer, 450 Main Street, Hartford, CT 06103, on this 30 day of November 2004.

                                Gary Weinberger