UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:01CR-73(CFD) |
| MICHAEL ROSENBERG | : | |

SUPPLEMENTAL RESTITUTION ORDER

WHEREAS this Court, by an order dated June 19, 2002, ordered the Defendant, Michael Rosenberg, to pay restitution of $219,054.70 in a lump-sum to various victims, and

WHEREAS the Defendant thereafter has made payments toward restitution which to date has reduced the restitution debt to $153,709.70 (thus satisfying in full his obligation to Thomas, Sonia and Henry Mason and partially satisfying his obligation to the Connecticut Department of Environmental Protection) but, in light of his financial circumstances, has not been in a financial position to pay the entire amount in a lump-sum, and

WHEREAS, consistent with 18 U.S.C. § 3664(f)(2), the Court has examined the Defendant's financial resources, earning capacity and other financial obligations, and in light of the agreement of the parties in this regard, pursuant to 18 U.S.C. § 3664(f)(3)(A), the Court's Restitution Order of June 19, 2002, is hereby amended as follows:

It is hereby ORDERED that the Defendant shall pay monthly installments of $240 to "Clerk, U.S. District Court" on the first business day of each month, beginning on the first day of December, 2004, with the proceeds to be dispersed by the Clerk of the Court in a manner consistent with the priorities set forth in the Court's Restitution Order of June 19, 2002. It is further

- 2 -

ORDERED that either party may by appropriate motion seek to modify the rate of monthly installments of $240 upon a showing of any material change in the Defendant's financial resources, earning capacity or other financial obligations. It is further

ORDERED that the Defendant's conditions of Supervised Release are hereby modified by adding a special condition that the Defendant is to comply with this Supplemental Restitution Order and any modifications thereto which may be made from time to time henceforth upon a showing of any material change in the Defendant's financial resources, earning capacity or other financial obligations.

This Court's Restitution Order dated June 19, 2002, remains in full force and effect except to the extent modified by this supplemental order.

SO ORDERED this 21st day of December, 2004.

Christopher F. Droney
United States District Judge